**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| DERRICK MANESS | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No.: 2:21-cv-322 |
| | ) | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SETTLEMENT AS TO DEFENDANT PORTFOLIO RECOVERY ASSOCIATES, LLC

COMES NOW, Plaintiff Derrick Maness, by and through the undersigned counsel, and gives notice to the court that a settlement has been reached between the Plaintiff and Defendant Portfolio Recovery Associates, LLC. in this matter.

1. Plaintiff and Defendant Portfolio Recovery Associates, LLC have settled all matters in controversy in principle and are in the process of finalizing their settlement of this matter.

2. The parties expect to file a joint voluntary dismissal with prejudice within the next 60 days as part of that settlement.

3. The parties request a stay of 60 days to allow the parties time in which to finalize the settlement agreement, procure all necessary signatures, and allow the parties adequate time to fulfill the terms of the settlement agreement in their entirety.

WHEREFORE the Plaintiff respectfully requests that the Court vacate all outstanding case deadlines and court dates and allow the parties 60 days in which to file a notice of dismissal as to Portfolio Recovery Associates, LLC., along with any other relief the Court deems just and proper.

Dated: September 1, 2021

Respectfully Submitted,

**HALVORSEN KLOTE**

By:       /s/ Samantha J. Orlowski

Samantha J. Orlowski, #72058
Joel S. Halvorsen, #67032
680 Craig Road, Suite 104
St. Louis, MO  63141
P: (314) 451-1314
F: (314) 787-4323
sam@hklawstl.com
joel@hklawstl.com
*Attorneys for Plaintiff*